# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREG CARTER,

    Defendant.

Case No. 2:04-cr-00038-LDG (GWF)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant Greg Carter's Motion to Stay Supervised Release Payment of Restitution Condition Pending Decision on Appeal (#327) is DENIED.

DATED this \_\_11\_\_ day of July, 2013.

_____
Lloyd D. George
United States District Judge