# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:04-cr-00038-LDG-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| GREG CARTER, | |
| Defendant. | |

This matter coming on the Petition by the United States Probation Office to Revoke Term of Supervision (#330), the premises therein having been considered and a hearing conducted, the Court Orders as follows:

1. Defendant Carter is continued on the same terms and conditions of supervised release.

2. Defendant Carter will continue to make payment toward restitution on a schedule of $100 per month until such time as the judgment of restitution is satisfied or ordered otherwise by the Court.

IT IS SO ORDERED.
DATED this 23 day of January, 2014.

_____
Lloyd D. George
Sr. U.S. District Judge